# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00386-CV

In re Sarah Elizabeth Chenette

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on October 30, 2025, is denied. Relator's Emergency Motion for Temporary Relief, filed October 30, 2025, is dismissed as moot. Relator's Emergency Motion to Compel, filed October 30, 2025, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED: October 31, 2025

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Denied
OT06

